**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,       )

              )

        Plaintiff,    )

              )

v.                )

              )

Amiir Mawlid Ali,          )

              )

        Defendant.   )

              )

              )

              )

              )

              )

**COURT MINUTES - CRIMINAL**
BEFORE: JOHN F. DOCHERTY
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-mj-347 DJF |
| Date: | June 13, 2025 |
| Court Reporter: | Caitlin Albrecht |
| Courthouse: | St. Paul |
| Courtroom: | 6A |
| Time Commenced: | 10:17 a.m. / 10:59 a.m. |
| Time Concluded: | 11:02 a.m. / 11:02 a.m. |
| Time in Court: | 48 minutes |

X **PRELIMINARY HEARING**        X **DETENTION HEARING**
      Time in Court Prelim/Detention: 23 minutes/25 minutes

APPEARANCES:

  Plaintiff: Kristian Weir, Assistant U.S. Attorney
        Alexandra Swain, US-DOJ Trial Attorney

  Defendant:  Matthew Deates
        X FPD

On   X Complaint

X Defendant Ordered Detained. Government to submit proposed order.

X Probable cause found. Defendant bound over to District Court of Minnesota.

Additional Information:
Mohamud Jama testified.

                        *s/nah*
                  Signature of Courtroom Deputy